MARY J. McNAMEE, as Executrix of JOHN McNAMEE, Deceased, Respondent, *v.* CATHARINE R. CHENOWETH et al., Appellants, Impleaded with Others.

SAME, Respondent, *v.* SAME, Appellants.

*McNamee* v. *Chenoweth*, 169 App. Div. 924, affirmed.
(Argued December 14, 1916; decided January 9, 1917.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose certain mortgages. The answers admitted the making of the mortgages but denied that there was any consideration therefor, and as counterclaims alleged that from 1895 down to the time of Mr. McNamee's death the defendant Alexander C. Chenoweth had been either a partner or an employee of the deceased Mr. McNamee, first as contractors and later in the manufacturing business. It was further alleged that large sums of money had been earned by the defendant A. C. Chenoweth and were still owing to him; that there had never been any accounting, and that these mortgages were given with the understanding that they were but temporary expedients and were not to be enforced, and that the defendant Alexander C. Chenoweth was entitled either to an accounting as a partner of the deceased McNamee or as an employee, to recover from him upwards of $100,000 as salary.

*Hector M. Hitchings* and *J. Elmer Melick* for appellants.

*Jesse W. Johnson* and *Alvan R. Johnson* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.